# Court of Appeals
# of the State of Georgia

ATLANTA,  May 11, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1335.  JOE NEIL GLENN, JR. v. THE STATE.**

In 2013, a jury convicted Joe Neil Glenn, Jr. of two counts of child molestation. This Court subsequently affirmed his convictions in an unpublished opinion. See Case No. A16A0109 (July 13, 2016). In 2021, Glenn filed a pro se extraordinary motion for new trial, which the trial court denied on January 20, 2022, and Glenn filed this appeal. We lack jurisdiction.

As an initial matter, OCGA § 5-6-35 (a) (7) requires a discretionary application to appeal from the denial of an extraordinary motion for new trial. Glenn actually filed an application for discretionary review in this Court, but it was dismissed because his application was untimely. See Case No. A22D0325 (Apr. 18, 2022).

But even if Glenn was entitled to a direct appeal from the denial of his extraordinary motion for new trial, his direct appeal is also untimely. A notice of appeal must be filed within 30 days of the entry of an appealable judgment. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute

requirement to confer appellate jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Glenn's notice of appeal was filed on February 24, 2022, 35 days after entry of the order sought to be appealed.

For these reasons, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*___05/11/2022_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*